# In The United States Court of Federal Claims

No. 11-570 C

(Filed: September 8, 2011)

_____

CRASSOCIATES, INC,

             Plaintiff,

v.

THE UNITED STATES,

             Defendant,

and

SPECTRUM HEALTHCARE RESOURCES, INC.,

             Defendant-Intervenor.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Friday, September 9, 2011, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**


                                                              s/ Francis M. Allegra
                                                              Francis M. Allegra
                                                              Judge