# In The United States Court of Federal Claims

No. 11-570 C

(Filed: September 9, 2011)

_____

CRASSOCIATES, INC,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant,

   and

SPECTRUM HEALTHCARE RESOURCES, INC.,

           Defendant-Intervenor.

_____

**ORDER**

_____

On September 9, 2011, a telephonic status conference was held in this case. Participating in the conference were Kenneth B. Weckstein, for plaintiff, Michael Goodman, for defendant, and Amy L. O'Sullivan, for defendant-intervenor. Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before September 14, 2011, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

2. On or before October 4, 2011, plaintiff shall file its motion for judgment on the administrative record;

3. On or before October 24, 2011, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4.       On or before November 7, 2011, plaintiff shall file its reply to its motion and response to defendant's cross motion;

5.       On or before November 18, 2011, defendant shall file its reply in support of its cross-motion;

6.       Oral argument on these motions for judgment on the administrative record will be held on November 29, 2011, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument; and

7.       All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge