# In The United States Court of Federal Claims

No. 11-570 C

(Filed: October 6, 2011)

_____

CRASSOCIATES, INC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant,

    and

SPECTRUM HEALTHCARE RESOURCES, INC.,

                Defendant-Intervenor.

_____

**ORDER**

_____

On September 22, 2011, plaintiff filed a motion to supplement the administrative record. On October 4, 2011, defendant filed its response. The motion is hereby **GRANTED**. Accordingly:

1. On or before October 11, 2011, plaintiff shall file on CD-ROM copies of the documents contained in the Exhibit A attached to its motion, said copies paginated sequentially starting from the last page of the existing administrative record; and

2. On or before October 14, 2011, defendant shall file on CD-ROM the following:

    i. All documents related to the stop work order and the partial termination of Contract No. W81K04-09-C-0006;

    ii. All documents related to money paid or obligated to Spectrum by defendant to perform work covered by the Request For Proposal for Contract No. W81K04-11-C-0012; and

    iii.    All documents related to the basis for lease penalties for which defendant is obligated to Spectrum.

Said documents shall be paginated sequentially starting from the last page of plaintiff's supplement to the administrative record, to be filed on October 11.

**IT IS SO ORDERED.**

                s/ Francis M. Allegra
                Francis M. Allegra
                Judge