# In The United States Court of Federal Claims

No. 11-570 C

(Filed:  January 5, 2012)

_____

CRASSOCIATES, INC,

                    Plaintiff,

    v.

THE UNITED STATES,

                    Defendant,

     and

SPECTRUM HEALTHCARE RESOURCES,
INC.,

                    Defendant-Intervenor.

_____

**ORDER**

_____

On January 3, 2012, plaintiff filed a motion for stay of judgment and/or injunction pending appeal.  On or before January 17, 2012, defendant and defendant-intervenor shall file their responses to the motion.  This deadline will not be extended for any reason.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge